**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Victoria Brown,<br>Plaintiff,<br>v.<br>Wings Credit Union; and Equifax Information Services, LLC,<br>Defendants. | Case No.: 2:26-cv-12559-DPH-APP<br>**NOTICE OF SETTLEMENT AS TO DEFENDANT WINGS CREDIT UNION** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Wings Credit Union. Plaintiff and Wings Credit Union are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Wings Credit Union will be finalized within the next sixty (60) days. Plaintiff's claims against Equifax Information Services, LLC remain pending.

Dated: August 27, 2026

*/s/ Joseph Panvini*
Joseph Panvini, Esq.
McCarthy Law, PLC
9200 E. Pima Center Pkwy. Ste. 300
Scottsdale, AZ 85258
Telephone: (602) 456-8900
Fax: (602) 218-4447
Joe.Panvini@mccarthylawyer.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ Joseph Panvini