**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Victoria Brown,<br>Plaintiff,<br>v.<br><br>Wings Credit Union; and Equifax Information Services, LLC,<br><br>Defendants. | Case No.: 2:26-cv-12559-DPH-APP<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT WINGS CREDIT UNION** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Wings Credit Union may be dismissed with prejudice, with the parties to bear their own fees and costs. Plainiff's claims against Equifax Information Services, LLC remain pending.

Dated: September 10, 2026

*/s/ Joseph Panvini*
Joseph Panvini, Esq.
McCarthy Law, PLC
9200 E. Pima Center Pkwy. Ste. 300
Scottsdale, AZ 85258
Telephone: (602) 456-8900
Fax: (602) 218-4447
Joe.Panvini@mccarthylawyer.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joseph Panvini*